| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:19CR00137-1 SNLJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00061-JCM-MDC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Christopher J. Alsobrook 8183 Cape Ito Court Las Vegas, NV 89113 | DISTRICT Eastern District of Missouri | DIVISION Southeastern Division Cape Girardeau, MO |
|---|---|---|
| ✓ FILED  ___ RECEIVED ___ ENTERED  ___ SERVED ON MAR 17 2025 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY: AMMi DEPUTY | NAME OF SENTENCING JUDGE The Honorable Stephen N. Limbaugh Jr. Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 16, 2023 | TO May 15, 2027 |

OFFENSE
Controlled Substance - Possession - Aiding & Abetting Possession With Intent To Distribute Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Defendant has established stable residence in receiving district

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____March 17, 2025_____                              _____/s/ Stephen N. Limbaugh Jr._____
    Date                                                                                  Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____March 19, 2025_____                              _____/s/ James C. Mahan_____
    Effective Date                                                                   United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Christopher J Alsobrook
Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

March 17, 2025

TO:   United States District Judge

On November 23, 2020, Mr. Alsobrook was sentenced to 50 months custody, followed by 4 years of supervised release for the offense of Controlled Substance – Possession – Aiding & Abetting Possession with Intent to Distribute Methamphetamine in the Eastern District of Missouri. On May 16, 2023, he commenced supervision in the District of Nevada.

Mr. Alsobrook was residing in the District of Nevada prior to committing his offense in 2019. Currently, he has no intentions of moving to another District. Mr. Alsobrook has no communal ties to the Eastern District of Missouri. Furthermore, on March 10, 2025, the undersigned officer received information he may be involved in drug trafficking. In light of this possible noncompliance, the probation office is requesting that transfer of jurisdiction be completed to the District of Nevada. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Stephen N. Limbaugh Jr. agreeing to relinquish jurisdiction of this case.

Please contact the undersigned officer at Zachary_warner@nvp.uscourts.gov or 702-378-0704 with any questions or concerns.

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2025.03.17 15:48:31 -07'00'

Zachary Warner
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Christopher J Alsobrook

Approved:

Digitally signed by
Steve Goldner
Date: 2025.03.17
13:24:26 -07'00'

Steve M Goldner
Supervisory United States Probation Officer